4

395 P.3d 336

Desmond J. LEWI, Petitioner-Appellant,

v.

STATE of Hawai'i, Respondent-Appellee

NO. CAAP-16-0000090

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, May 31, 2017.

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT (S.P.P. NO. 15-1-0003 (CR. NO. 08-1-0483))

SUMMARY DISPOSITION ORDER

Affirmed.

395 P.3d 336

STATE of Hawai'i, Plaintiff-Appellee,

v.

Kim T. SANICO, Defendant-Appellant

NO. CAAP-16-0000166

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, May 31, 2017.

APPEAL FROM THE DISTRICT COURT OF THE SECOND CIRCUIT (CASE NO. 2DTA-15-01416)

SUMMARY DISPOSITION ORDER

Vacate. And remand.

395 P.3d 336

STATE of Hawai'i, Plaintiff-Appellee,

v.

Christine KIM, Defendant-Appellant.

NO. CAAP-16-0000531

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, May 31, 2017.

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT (HONOLULU DIVISION) (CASE NO. 1DTA-15-04670)

MEMORANDUM OPINION

Affirm.